IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| XAVIER INGRAM,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF CAMDEN, et al.,<br><br>        Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action No.<br>14-5519 (JBS-KMW) |
| DARREN A. DICKERSON,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF CAMDEN, et al.,<br><br>       Defendants. | Civil Action No.<br>14-6905 (RBK-KMW)<br><br>**ORDER** |

This matter having come before the Court by way of motion to consolidate the cases of <u>Ingram v. County of Camden</u>, Civil No. 14-5519 (JBS-KMW), with <u>Dickerson v. County of Camden</u>, Civil No. 14-6905 (RBK-KMW), filed by Plaintiff Darren A. Dickerson [Docket Item 172]; the Court having considered the parties' submissions pursuant to Rule 78(b), Fed. R. Civ. P.; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this **15th** day of **January**, 2019 hereby

**ORDERED** that Plaintiff Dickerson's motion to consolidate for trial the cases of Ingram v. County of Camden, Civil No. 14-5519 (JBS-KMW), with Dickerson v. County of Camden, Civil No. 14-6905 (RBK-KMW) [Docket Item 172] shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that the cases of Ingram v. County of Camden, Civil No. 14-5519 (JBS-KMW), and Dickerson v. County of Camden, Civil No. 14-6905 (RBK-KMW) [Docket Item 172] shall be consolidated for the purposes of trial under Civil No. 14-5519 (JBS-KMW); and it is further

**ORDERED** that the Clerk of Court shall close Civil No. 14-6905 (RBK-KMW), and all further filings shall be in the Ingram docket, Civil No. 14-5519 (JBS-KMW).

                                              **s/ Jerome B. Simandle**
                                              JEROME B. SIMANDLE
                                              U.S. District Judge